**STATE of Missouri**, Respondent,

v.

Eddie R. **STEPHENSON**, Appellant.

No. WD 43372.

Missouri Court of Appeals, Western District.

Nov. 3, 1992.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and ULRICH and SMART, JJ.

ORDER

PER CURIAM.

Appeal from a conviction for murder in the second degree and armed criminal ac-

tion; from the court's finding of prior, persistent and class X offender; from concurrent prison sentences of twenty-five years on the second degree murder conviction and ten years on the armed criminal action conviction; and from denial of Rule 29.15 motion without an evidentiary hearing.

Judgement affirmed. Rule 30.25(b) and Rule 84.16(b).